566

JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Milton C. Weisman* and *Max L. Rothenberg* for petitioner. *Mr. Ralph G. Albrecht* for respondent. *Messrs. John J. Bennett, Jr.,* Attorney General of the State of New York, *Ambrose V. McCall,* and *John R. O'Hanlon,* and *Bertha Schwartz,* Assistant Attorneys General, filed a brief on behalf of the State of New York, as *amicus curiae,* in support of the petitioner.

No. 872. GOCHENOUR ET AL. *v.* GEORGE AND FRANCES BALL FOUNDATION ET AL. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Meyer Abrams* and *Joseph L. Stern* for petitioners. *Messrs. William H. Thompson, Perry E. O'Neal,* and *Patrick J. Smith* for respondents.

No. 743. MCKAY ET AL. *v.* RETAIL AUTOMOBILE SALESMEN'S LOCAL UNION NO. 1067 ET AL. April 28, 1941. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. C. Fenton Nichols* for petitioners. *Mr. Joseph C. Sharp* for respondents.

No. 834. CITIES SERVICE OIL Co. *v.* DUNLAP ET AL. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Clayton L. Orn, David B. Trammell,* and *Hayes McCoy* for petitioner. *Mr. Angus G. Wynne* for respondents.